**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

**BRENDA STONE,**

**Plaintiff,**

**v.**

**CARESTAR, INC.,**

**Defendant.**

**Case Number 2:23-cv-3520**
**Judge Edmund A. Sargus, Jr.**
**Magistrate Judge S. Courter M. Shimeall**

## ORDER

This matter is before the Court on Defendant CareStar, Inc.'s Motion Permitting Electronic Devices. (ECF No. 61.) For the reasons stated at the Final Pretrial Conference on August 7, 2026, the Court **DENIES** (ECF No. 61) Defendant CareStar, Inc.'s Motion Permitting Electronic Devices.

This case remains open.

**IT IS SO ORDERED.**

**8/7/2026**
**DATE**

**s/Edmund A. Sargus, Jr.**
**EDMUND A. SARGUS, JR.**
**UNITED STATES DISTRICT JUDGE**